United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-14050-elf |
| Sharon Ryan | Chapter 13 |
| Ronald Ryan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 01, 2021 | Form ID: 138OBJ | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Sharon Ryan, Ronald Ryan, 1825 Pennington Road, Philadelphia, PA 19151-2018 |
| 13932360 | + | Aes/pnc Education Lo, Po Box 61047, Harrisburg, PA 17106-1047 |
| 13981996 | | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13932362 | + | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13932364 | + | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 13971952 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13932373 | + | PNC Bank Credit Card, Po Box 5570, Mailstop BR- YB58-01-5, Cleveland, OH 44101-0570 |
| 13998369 | #+ | PNC Bank, N.A., Boston Portfolio Advisors as, Authorized Agent for PNC Bank, N.A., 600 Corporate Drive, Suite 502, Ft. Lauderdale, FL 33334-3662 |
| 13937440 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 13932375 | + | Tdrcs/raymour & Flanig, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 13978884 | + | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 13932380 | + | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13978837 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 02 2021 00:37:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2021 00:37:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 02 2021 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13932361 | + | Email/Text: broman@amhfcu.org | Nov 02 2021 00:37:00 | American Heritage Fcu, 2060 Red Lion Rd, Philadelphia, PA 19115-1699 |
| 13932365 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 02 2021 00:37:00 | Comenitybank/trwrdsv, Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 13932372 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 02 2021 00:37:00 | PA Department of Labor & Industry, PO Box 67503, Harrisburg, PA 17106 |
| 13932376 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2021 00:48:20 | Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 13996803 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2021 00:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |

Case 17-14050-elf    Doc 35    Filed 11/03/21    Entered 11/04/21 00:40:35    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 01, 2021 | Form ID: 138OBJ | Total Noticed: 36 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 13932366 | + | Email/PDF: pa_dc_ed@navient.com | Nov 02 2021 00:37:43 | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13932368 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2021 00:37:00 | Kohls/Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 13996511 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 00:37:44 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Corporation &, LC Trust I, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13996512 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 00:37:39 | LVNV Funding, LLC its successors and assigns as, assignee of NBT Bank, National, Association, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14028452 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 00:37:44 | LVNV Funding, LLC its successors and assigns as as, PO Box 10587, Greenville, SC 29603-0587 |
| 13932369 | + | Email/Text: bk@lendingclub.com | Nov 02 2021 00:37:00 | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 13932371 | | Email/Text: camanagement@mtb.com | Nov 02 2021 00:37:00 | M & T Bank, Po Box 844, Buffalo, NY 14240 |
| 13951494 | | Email/Text: camanagement@mtb.com | Nov 02 2021 00:37:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240 |
| 13992506 | + | Email/Text: bankruptcydpt@mcmcg.com | Nov 02 2021 00:37:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13982864 | | Email/PDF: pa_dc_claims@navient.com | Nov 02 2021 00:37:38 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13989162 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 00:37:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13933086 | + | Email/PDF: rmscedi@recoverycorp.com | Nov 02 2021 00:37:43 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13988303 | | Email/Text: bnc-quantum@quantum3group.com | Nov 02 2021 00:37:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 13932374 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 00:37:37 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 13932378 | + | Email/Text: vci.bkcy@vwcredit.com | Nov 02 2021 00:37:00 | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13932363 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 13932377 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2223, address filed with court:, Visa Dept Store National Bank/Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 13932367 | *+ | Dept Of Ed/Navient, Attn: Claims Dept, P.O. Box 9635, Wilkes Barr, PA 18773-9635 |
| 13932370 | *+ | Lending Club Corp, 71 Stevenson St, Suite 300, San Francisco, CA 94105-2985 |
| 13978885 | *+ | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 13979678 | *+ | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 13981594 | *+ | VW Credit Leasing, Ltd, c/o VW Credit, Inc., PO Box 9013, Addison, Texas 75001-9013 |
| 13932379 | *+ | Volkswagen Credit, Inc, Po Box 3, Hillsboro, OR 97123-0003 |
| 13932381 | *+ | Wells Fargo Bank Card, Mac F82535-02f, Po Box 10438, Des Moines, IA 50306-0438 |
| 13979846 | * | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 01, 2021 | Form ID: 138OBJ | Total Noticed: 36 |

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2021         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Sharon Ryan brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| BRAD J. SADEK | on behalf of Joint Debtor Ronald Ryan brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Sharon Ryan and Ronald Ryan
      Debtor(s)

Case No: 17−14050−elf
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 11/1/21

34 − 33
Form 138OBJ